IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JURDIS NELSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:13-CV-31 (MTT) |
| Warden GREGORY McLAUGHLIN, | ) ) |
|     Defendant. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 33). The Magistrate Judge recommends denying the Plaintiff's motion for summary judgment because he has failed to show genuine issues of material fact exist regarding his retaliatory transfer claim. The Magistrate Judge recommends granting the Defendant's motion for summary judgment because the Plaintiff has failed to meet his burden of showing some evidence of a causal connection between his protected activity (i.e., filing the grievance) and his transfer to another prison.

The Plaintiff filed an objection to the Recommendation. (Doc. 34). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Plaintiff fails to respond to the findings in the Recommendation and argues instead that he was wrongfully denied appointment of counsel. The Order denying appointment of counsel (Doc. 13) was appropriate, and the Plaintiff has not raised any objections that would warrant revisiting his motion to appoint counsel. The Court

-2-

accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Plaintiff's motion is **DENIED**, and the Defendant's motion is **GRANTED**.

    **SO ORDERED,** this 28th day of January, 2014.

                                          <u>S/ Marc T. Treadwell</u>
                                          MARC T. TREADWELL, JUDGE
                                          UNITED STATES DISTRICT COURT