IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JURDIS NELSON,

        Plaintiff

VS.

Warden GREGORY McLAUGHLIN,   :   NO. 5:13-CV-31 (MTT)

        Defendant

**O R D E R**

    *Pro se* Plaintiff **JURDIS NELSON**, a prisoner at Ware State Prison, has filed two motions to proceed *in forma pauperis* ("IFP") on appeal (Docs. 41 & 45). Plaintiff seeks to appeal this Court's January 28, 2014 Order (Doc. 36) dismissing his *pro se* civil rights complaint filed under 42 U.S.C. § 1983. For the reasons stated in the Magistrate Judge's January 6, 2014 Recommendation (Doc. 33), which the Court adopted in its January 28th Order, the Court determines that Plaintiff's appeal cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, Plaintiff's motions to proceed IFP on appeal are hereby **DENIED**.

    If Plaintiff wishes to proceed with his appeal, he must pay the entire $505 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $505

appellate filing fee has been paid in full.   Checks should be made payable to "Clerk, U.S. District Court."   The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Plaintiff's place of incarceration.

Any further requests to proceed IFP on appeal should be directed to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED**, this 27th day of March, 2014.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr